PROB 12B
(7/93)

Report Date: February 23, 2011

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 23 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Frederick A Winzer                Case Number: 2:92CR00341-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 5/12/1993              Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled       Date Supervision Commenced: 7/9/2010
Substance, 21 U.S.C. § 841 (a)(1) and § 841(b)(1)(B)

Original Sentence: Prison - 240 Months;             Date Supervision Expires: 7/8/2020
TSR - 120 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Mr. Winzer released from a lengthy Federal prison sentence on July 9, 2010. Since that time he has demonstrated a good adjustment. However, Mr. Winzer agrees he would benefit from counseling to discuss relationship issues and re-integrating into the community.

Mr. Winzer has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 23, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob 12B
Re: Winzer, Frederick A
February 23, 2011
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/23/2011
Date