PROB 12C
(7/93)

Report Date: October 3, 2013

# United States District Court

## for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick A. Winzer                Case Number: 2:92CR00341-JLQ-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: May 12, 1993

| | |
|---|---|
| Original Offense: | Counts 1- 3: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(B); Count 4: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(B); Count 5: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), and 5871; and Count 8: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. §§ 841 and 846 |
| Original Sentence: | Prison 240 months; TSR - 120 months       Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Frank A. Wilson       Date Supervision Commenced: July 9, 2010 |
| Defense Attorney: | Matthew A. Campbell       Date Supervision Expires: July 8, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Mr. Winzer failed to submit a written monthly report for the month of September 2013.

Mr. Winzer was directed to contact the undersigned officer upon his return to the Eastern District of Washington, on or prior to September 20, 2013. Mr. Winzer has failed to maintain contact with the undersigned officer. The offender has not returned phone calls made to his cellular phone, nor messages left on cellular phones belonging to his son, his sister, and his mother. The undersigned officer attempted to contact Mr. Winzer at his residence, with no response. A letter was mailed on October 1, 2013, to Mr. Winzer's last known address requesting immediate contact, with no response. |

2   **Special Condition # 15**: You shall submit to such drug testing and/or counseling as the probation officer shall direct.

**Supporting Evidence**: On September 24, 2013, the undersigned officer was notified that Mr. Winzer did not report for his random urinalysis test on September 23, 2013. Numerous attempts were made to contact Mr. Winzer regarding this violation, with no response.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/03/2013

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/3/2013
Date